1  JAMES LOUIS KOHL, ESQ. (SBN 120808)
   795 Folsom Street, First Floor
2  San Francisco, CA 94107
3  Tel: (415) 848-2450
   Fax: (415) 848-2301
4
   Attorney for Plaintiff
5  DANIEL BRUNO

6  (Refer to signature page for complete listing of counsel and parties
7  represented)

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKETING SERVICES, LLC,<br><br>　　　Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR RESPONSE TO CLASS ACTION COMPLAINT** |

**STIPULATION EXTENDING TIME**

Pursuant to Local Rule 144(a), Plaintiff Daniel Bruno hereby stipulates and agrees that the deadline for Defendants Equifax Information Services, LLC, Geneva Financial Services, LLC, Genesis Marketing Group, Inc., and B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint filed on February 15, 2017 is extended by 28 days, until April 12, 2017.

Dated: March 15, 2017     /s/ *James Louis Kohl*
JAMES LOUIS KOHL, ESQ. (SBN 120808)
795 Folsom Street, First Floor
San Francisco, CA 94107
Tel: (415) 848-2450
Fax: (415) 848-2301

Attorney for Plaintiff
DANIEL BRUNO

Dated: March 15, 2017     /s/ *Matthew H. Dawson (w/ permission)*
MATTHEW H. DAWSON (SBN 307350)
mdawson@kslaw.com
King & Spalding LLP
601 South California Avenue
Suite 100
Palo Alto, CA 94304
Tel: (650) 422-6700
Fax: (650) 422-6800

Attorney for Defendant,
EQUIFAX INFORMATION SERVICES, LLC

Dated: March 15, 2017     /s/ *Rebecca D. Wester (w/ permission)*
REBECCA D. WESTER, ESQ. (SBN 245257)
HENRY N. JANNOL, A PROFESSIONAL CORPORATION
10850 Wilshire Blvd.
Suite 825
Los Angeles, CA 90024
Tel:   1-310-552-7500
Fax:   1-310-552-7552

Attorney for Defendant,
GENEVA FINANCIAL SERVICES, LLC

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadlines for Defendants Equifax Information Services, LLC, Geneva Financial Services, LLC, Genesis Marketing Group, Inc., and B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint are each extended by 28 days, until April 12, 2017.

Dated: March 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE