1  MICHAEL D. KOLODZI (CAL. BAR NO. 255772)
   THE KOLODZI LAW FIRM
2  433 North Camden Drive, Suite 600
3  Beverly Hills, California 90210
   Telephone: 310.279.5212
4  Facsimile: 866.571.6094
5  Email: mdk@mdklawfirm.com

6  *Attorneys for Defendant*
7  *STRATEGIC MARKETING SERVICES, LLC*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC dba DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC., dba HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKETING SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-00327-WBS-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSE**<br><br>LOCAL RULE 144 (FED. R. CIV. PRO. 6) |

**STIPULATION TO EXTEND TIME TO FILE RESPONSE**

-1-

STIP. AND [PROPOSED] ORDER EXTENDING TIME      BRUNO, D. V. EQUIFAX INFORMATION SERVICES, L.L.C; ET AL.

Defendant STRATEGIC MARKETING SERVICES, LLC ("Defendant" and/or "SMS") and Plaintiff DANIEL BRUNO, individually and on behalf of others similarly situated ("Plaintiff" and/or "BRUNO") (collectively, the "Parties") hereby stipulate, pursuant to LOCAL RULE 144, to allow for an extension of time for Defendant SMS to file a responsive pleading to Plaintiff BRUNO's Complaint filed February 15, 2017 (DOCKET NO. 1). Accordingly, Defendant SMS' responsive pleading is to be filed on or before April 12, 2017. No prior extension has been granted to Defendant SMS.

DATED: March 19, 2017             THE KOLODZI LAW FIRM


                                  By:   /s/ Michael D. Kolodzi_____
                                        MICHAEL D. KOLODZI, ESQ.
                                        *Attorneys for Defendant*
                                        *STRATEGIC MARKETING*
                                        *SERVICES, LLC*


DATED: March 22, 2017             LAW OFFICES OF JAMES LOUIS KOHL


                                  By:   /s/James Louis Kohl, Esq.
                                        JAMES LOUIS KOHL, ESQ.
                                        *Attorneys for Plaintiff*
                                        *DANIEL BRUNO, individually and on*
                                        *behalf of others similarly situated*

# ORDER

Pursuant to the parties' Stipulation, herein and above, IT IS SO ORDERED that the deadlines for Defendant, Strategic Marketing Services, L.L.C. to answer, move, or otherwise respond to the Complaint is extended until April 12, 2017.

**Dated:  March 24, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE