GREGORY R. DE LA PEÑA, California State Bar No. 126626
Email: gdelapena@dlphlaw.com
MALCOLM E. McLORG, California State Bar No. 40956
Email: mmclorg@dlphlaw.com
ROBERT CARROLL, III, California State Bar No. 314345
Email: rcarroll@dlphlaw.com
DE LA PEÑA & HOLIDAY, LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Telephone: (415) 268-8000
Facsimile: (415) 268-8180

Attorneys for Defendant
AMERICAN MARKETING AND
MAILING SERVICESS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; EMB WORK ENTERPRISES, LLC, dba DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC., dba HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; and S TRATEGIC MARKETING SERVICES, LLC,<br><br>Defendants. | CASE NO.: 2:17-cv-327-WBS-EFB<br><br>**STIPULATED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND MEMORANDUM OF LAW; [PROPOSED] ORDER** |

Pursuant to Rule 6(b)(1)(A), Federal Rules of Civil Procedure and Local Rule 6-144, Plaintiff, Daniel Bruno ("Plaintiff"), and Defendant, American Marketing and Mailing Services, Inc. ("AMMS"), move the Court on the following grounds for an enlargement of time of twenty-one (21) days, through April 12, 2017, for AMMS to file a response to the Complaint (Doc. No. 1):

1.     AMMS was served with the Complaint on March 1, 2017.

STIP AND [PROPOSED] ORDER EXTENDING TIME      1      Case No. 2:17-cv-327-WBS-EFB

2. AMMS's response to the Complaint is due to be served on March 22, 2017.

3. AMMS has requested a twenty-one (21) day extension in which to respond to the Complaint.

4. Plaintiff does not oppose the requested extension of time.

## MEMORANDUM OF LAW

Under Rule 6(b)(1)(A), Federal Rules of Civil Procedure, this Court has the authority to extend the time for responding to the Complaint as this request is made before the time has expired. AMMS seeks a twenty-one (21) day extension of time in which to file its response to the Complaint. Plaintiff has stipulated to the extension and is not prejudiced by this request as there are no pending deadlines in this case. Thus good cause exists to grant this extension.

WHEREFORE, Plaintiff and AMMS respectfully request the Court enter an Order granting their request for an enlargement of time through April 12, 2017, for AMMS to file its response to the Complaint, and to grant all such other relief as this Court deems just and proper.

Dated: March 23, 2017     By */s/ Gregory R. de la Peña*
　　　　　　　　　　　　　　　Gregory R. de la Peña (SBN 126266)
　　　　　　　　　　　　　　　DE LA PEÑA & HOLIDAY LLP
　　　　　　　　　　　　　　　One Embarcadero Center, Suite 2860
　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　Tel: 415-268-8000
　　　　　　　　　　　　　　　Fax: 415-268-8180
　　　　　　　　　　　　　　　Attorneys for Defendant AMERICAN
　　　　　　　　　　　　　　　MARKETING AND MAILING SERVICES, LLC

Dated: March 23, 2017     By */s/ James Louis Kohl*
　　　　　　　　　　　　　　　James Louis Kohl (SBN 120808)
　　　　　　　　　　　　　　　795 Folsom Street, First Floor
　　　　　　　　　　　　　　　San Francisco, CA 94107
　　　　　　　　　　　　　　　Tel: 415-848-2450
　　　　　　　　　　　　　　　Fax: 415-848-2301
　　　　　　　　　　　　　　　Attorney for Plaintiff DANIEL BRUNO

DE LA PEÑA & HOLIDAY LLP
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
Tel. (415) 268-8000 Fax. (415) 268-8180

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for Defendant AMERICAN MARKETING AND MAILING SERVICES, LLC, to answer move, or otherwise respond to the complaint is extended until April 12, 2017.

Dated: March 31, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE