1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOEL L. HALVERSON (State Bar No. 174649)
   jlh@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439

7

   Attorneys for Defendant
8  B.B. DIRECT, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

| 13 | DANIEL BRUNO, Individually and on behalf of others similarly situated, | Case No. 2:17-cv-00327-WBS-EFB |
|---|---|---|
| 14 | | |
| 15 | Plaintiffs, | **SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE FOR B.B. DIRECT, INC. TO RESPOND TO CLASS ACTION COMPLAINT** |
| 16 | vs. | |
| 17 | EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKING SERVICES, LLC. | |
| 18 | | |
| 19 | | |
| 20 | | **Complaint Filed:** February 15, 2017 **Current Response Date:** April 12, 2017 **New Response Date:** April 26, 2017 |
| 21 | | |
| 22 | Defendants. | |

23     Plaintiff Daniel Bruno ("Plaintiff") and defendant B.B. Direct, Inc. ("BB Direct") hereby

24 stipulate as follows:

25     WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

26     WHEREAS, on March 31, 2017, Plaintiff and co-defendants Equifax Information

27 Services, LLC and Geneva Financial Services, LLC entered into a stipulation extending their

28 deadline to respond to the Complaint by 28 days, until April 12, 2017;

1    WHEREAS, the aforementioned stipulation included BB Direct, although it had not

2 retained counsel, appeared in the action, or signed the stipulation;

3    WHEREAS, BB Direct retained counsel on April 6, 2017 and sought an additional 14-day

4 extension on its response deadline to the Complaint;

5    WHEREAS, Plaintiff, through counsel, has agreed to a further 14-day extension for BB

6 Direct to respond to the Complaint;

7    WHEREFORE, Plaintiff and BB Direct stipulate as follows:

8    1.    The time for BB Direct to respond to the complaint shall be extended by 14

9 additional days up to and including April 26, 2017.

10    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses

11 of all parties.

DATED: April 10, 2017            SEVERSON & WERSON
                                 A Professional Corporation


                                 By:    */s/ Alisa A. Givental*
                                           Alisa A. Givental

                                 Attorneys for Defendant B.B. DIRECT, INC.

DATED: April 10, 2017            LAW OFFICES OF JAMES LOUIS KOHL


                                 By:    */s/ James Louis Kohl*
                                           James Louis Kohl

                                 Attorneys for Plaintiff DANIEL BRUNO

I, Alisa A. Givental, attest that James Louis Kohl, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. */s/ Alisa A, Givental*

1 **ORDER**

2 Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for defendant
3 B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint is extended by 14
4 additional days, until April 26, 2017.

5 Dated: April 11, 2017

6 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE