MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
JOEL L. HALVERSON (State Bar No. 174649)
jlh@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
B.B. DIRECT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKING SERVICES, LLC.<br><br>               Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**SECOND STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE FOR B.B. DIRECT, INC. TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**Complaint Filed:** February 15, 2017<br>**Current Response Date:** April 12, 2017<br>**New Response Date:** April 26, 2017 |

Plaintiff Daniel Bruno ("Plaintiff") and defendant B.B. Direct, Inc. ("BB Direct") hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS, on March 31, 2017, Plaintiff and co-defendants Equifax Information Services, LLC and Geneva Financial Services, LLC entered into a stipulation extending their deadline to respond to the Complaint by 28 days, until April 12, 2017;

1    WHEREAS, the aforementioned stipulation included BB Direct, although it had not

2 retained counsel, appeared in the action, or signed the stipulation;

3    WHEREAS, BB Direct retained counsel on April 6, 2017 and sought an additional 14-day

4 extension on its response deadline to the Complaint;

5    WHEREAS, Plaintiff, through counsel, has agreed to a further 14-day extension for BB

6 Direct to respond to the Complaint;

7    WHEREFORE, Plaintiff and BB Direct stipulate as follows:

8    1.    The time for BB Direct to respond to the complaint shall be extended by 14

9 additional days up to and including April 26, 2017.

10    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses

11 of all parties.

DATED: April 10, 2017         SEVERSON & WERSON
                              A Professional Corporation

                              By:    */s/ Alisa A. Givental*
                                        Alisa A. Givental

                              Attorneys for Defendant B.B. DIRECT, INC.

DATED: April 10, 2017         LAW OFFICES OF JAMES LOUIS KOHL

                              By:    */s/ James Louis Kohl*
                                        James Louis Kohl

                              Attorneys for Plaintiff DANIEL BRUNO

I, <u>Alisa A. Givental</u>, attest that James Louis Kohl, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. */s/ Alisa A, Givental*

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for defendant B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint is extended by 14 additional days, until April 26, 2017.

Dated: April 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE