1  MICHAEL J. STEINER (State Bar No. 112079)
   mjs@severson.com
2  JOEL L. HALVERSON (State Bar No. 174649)
   jlh@severson.com
3  ALISA A. GIVENTAL (State Bar No. 273551)
   aag@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
7
   Attorneys for Defendant
8  B.B. DIRECT, INC.

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

| 13  DANIEL BRUNO, Individually and on behalf of others similarly situated, | Case No. 2:17-cv-00327-WBS-EFB |
|---|---|

13  DANIEL BRUNO, Individually and on behalf
    of others similarly situated,                    Case No. 2:17-cv-00327-WBS-EFB
14
                                                     **THIRD STIPULATION AND ORDER TO
15          Plaintiffs,                               EXTEND RESPONSE DEADLINE FOR
                                                     B.B. DIRECT, INC. TO RESPOND TO
16      vs.                                           CLASS ACTION COMPLAINT**

17  EQUIFAX INFORMATION SERVICES,
    LLC; GENEVA FINANCIAL SERVICES,
18  LLC; RMB WORLD ENTERPRISES, LLC
    d/b/a DECISION LINKS; B.B. DIRECT,
19  INC.; GENESIS MARKETING GROUP,
    INC. d/b/a HITMAN DIRECT; AMERICAN         **Complaint Filed:** February 15, 2017
20  MARKETING AND MAILING SERVICES,            **Current Response Date:** April 26, 2017
    INC.; STRATEGIC MARKING SERVICES,          **New Response Date:** May 8, 2017
21  LLC.

22          Defendants.

23          Plaintiff Daniel Bruno ("Plaintiff") and defendant B.B. Direct, Inc. ("BB Direct") hereby

24  stipulate as follows:

25          WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

26          WHEREAS, on March 15, 2017, Plaintiff and co-defendants Equifax Information

27  Services, LLC and Geneva Financial Services, LLC entered into a stipulation extending their

28  deadline to respond to the Complaint by 28 days, until April 12, 2017;

WHEREAS, the aforementioned stipulation included BB Direct, although it had not retained counsel, appeared in the action, or signed the stipulation;

WHEREAS, BB Direct retained counsel on April 6, 2017 and sought an additional 14-day extension on its response deadline to the Complaint;

WHEREAS, Plaintiff, through counsel, agreed to a further 14-day extension for BB Direct to respond to the Complaint, and the Court, pursuant to the stipulation of the parties, granted the extension for BB Direct to respond until April 26, 2017;

WHEREAS, Plaintiff and BB Direct are meeting and conferring about potential dismissal of BB Direct from the action;

WHEREAS, Plaintiff and BB Direct agree that an additional 12-day extension on BB Direct's deadline to respond to the Complaint is appropriate in light of potential dismissal of BB Direct;

WHEREFORE, Plaintiff and BB Direct stipulate as follows:

1.     The time for BB Direct to respond to the complaint shall be extended by 12 additional days up to and including May 8, 2017.

2.     This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED:  April 26, 2017                    SEVERSON & WERSON
                                          A Professional Corporation


                                          By:  _____/s/ Alisa A. Givental_____
                                                    Alisa A. Givental

                                          Attorneys for Defendant B.B. DIRECT, INC.

DATED: April 26, 2017                    LAW OFFICES OF JAMES LOUIS KOHL


                                          By:   _/s/ Joseph S. Messer_____
                                                      Joseph S. Messer

                                          Attorneys for Plaintiff DANIEL BRUNO


I, Alisa A. Givental, attest that Joseph S. Messer, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. _/s/ Alisa A, Givental_




## ORDER

        Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for defendant

B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint is extended by 12

additional days, until May 8, 2017.

Dated: April 27, 2017

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE