MICHAEL J. STEINER (State Bar No. 112079)
mjs@severson.com
JOEL L. HALVERSON (State Bar No. 174649)
jlh@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
B.B. DIRECT, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKING SERVICES, LLC.<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**FOURTH STIPULATION AND [PROPOSED] ORDER TO EXTEND RESPONSE DEADLINE FOR B.B. DIRECT, INC. TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>**Complaint Filed:** February 15, 2017<br>**Current Response Date:** May 8, 2017<br>**New Response Date:** May 15, 2017 |

Plaintiff Daniel Bruno ("Plaintiff") and defendant B.B. Direct, Inc. ("BB Direct") hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS, on March 15, 2017, Plaintiff and co-defendants Equifax Information Services, LLC and Geneva Financial Services, LLC entered into a stipulation extending their deadline to respond to the Complaint by 28 days, until April 12, 2017;

| | |
|---|---|
| 1 | WHEREAS, the aforementioned stipulation included BB Direct, although it had not retained counsel, appeared in the action, or signed the stipulation; |
| 3 | WHEREAS, BB Direct retained counsel on April 6, 2017 and sought an additional 14-day extension on its response deadline to the Complaint; |
| 5 | WHEREAS, Plaintiff, through counsel, agreed to a further 14-day extension for BB Direct to respond to the Complaint, and the Court, pursuant to the stipulation of the parties, granted the extension for BB Direct to respond until April 26, 2017; |
| 8 | WHEREAS, Plaintiff and BB Direct agreed to additional 12-day extension on BB Direct's deadline to respond to the Complaint in light of a potential dismissal of BB Direct; |
| 10 | WHEREAS, Plaintiff and BB Direct continue to meet and confer about potential dismissal of BB Direct from the action; |
| 12 | WHEREAS, Plaintiff and BB Direct agree that an additional 7-day extension on BB Direct's deadline to respond to the Complaint is appropriate in light of the continuing discussions about the potential dismissal of BB Direct; |
| 15 | WHEREFORE, Plaintiff and BB Direct stipulate as follows: |

1. The time for BB Direct to respond to the complaint shall be extended by 7 additional days up to and including May 15, 2017.

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: May 8, 2017        SEVERSON & WERSON
                          A Professional Corporation

                          By:    */s/ Alisa A. Givental*
                                 Alisa A. Givental

                          Attorneys for Defendant B.B. DIRECT, INC.

| | |
|---|---|
| DATED: May 8, 2017 | LAW OFFICES OF JAMES LOUIS KOHL |

By: */s/ Joseph S. Messer*
 Joseph S. Messer

Attorneys for Plaintiff DANIEL BRUNO

I, <u>Alisa A. Givental</u>, attest that Joseph S. Messer, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing. */s/ Alisa A, Givental*

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for defendant B.B. Direct, Inc. to answer, move, or otherwise respond to the complaint is extended by 7 additional days, until May 15, 2017.

Dated: May 8, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE