Joseph S. Messer (IL: 6200036)
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 (Phone)
312-334-3473 (Fax)
jmesser@messerstrickler.com
Pro Hac Vice

James Louis Kohl (SBN: 120808)
795 Folsom Street, First Floor
San Francisco, California 94107
(415)848-2450 (Phone)
(415)848 2301 (Fax)
jamesk.legal@gmail.com

Attorneys for Plaintiffs
DANIEL BRUNO, individually and on behalf of
others similarly situated

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKING SERVICES, LLC.<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AMERICAN MARKETING AND MAILING SERVICES, INC.; and ORDER DISMISSING AMERICAN MARKETING AND MAILING WITHOUT PREJUDICE** |

**STIPULATION BETWEEN PLAINTIFF AND DEFENDANT AMERICAN MARKETING AND MAILING SERVICES, INC.**

Plaintiff Daniel Bruno ("Plaintiff") and defendant American Marketing and Mailing Services, Inc. ("American") hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS, on or around, March 15, 2017, Plaintiff and co-defendants Equifax Information Services, LLC , Geneva Financial Services, LLC, and American entered into a stipulation extending their deadline to respond to the Complaint by 28 days, until April 12, 2017;

WHEREAS, on or around April 12, 2017, Defendant American filed its Answer to Complaint with Affirmative Defenses;

WHEREAS on or about May 3, 2017, Plaintiff filed a motion to strike American's Affirmative Defenses;

WHEREAS on or about May 30, 2017, Plaintiff and American stipulated to reschedule the motion to strike American's Affirmative Defenses.

WHEREAS, Plaintiff and American agree to dismiss American from the action;

WHEREFORE, Plaintiff and American stipulate as follows:

1. Defendant, American Marketing and Mailing Services, Inc. is dismissed without prejudice.
2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

IT IS SO STIPULATED BY:

Dated: May 31, 2017

By: */s/ James Louis Kohl, Esq.*
James Louis Kohl, Esq., (SBN: 120808)
795 Folsom Street, First Floor
San Francisco, CA 94107
(415)848-2450/ FAX (415)848-2301
jamesk.legal@gmail.com

By: */s/ Curtis E. Smolar*
Curtis E. Smolar (SBN: 194700)
One Embarcadero Center, Suite 2860
San Francisco, CA 94111
415-268-8000
csmolar@dlphlaw.com

Pursuant to the parties' stipulation, IT IS SO ORDERED:

The complaint against American, in its entirety, is hereby dismissed without prejudice.

Dated: May 31, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION

Joseph S. Messer (IL: 6200036)
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 (Phone)
312-334-3473 (Fax)
jmesser@messerstrickler.com
Pro Hac Vice

James Louis Kohl (SBN: 120808)
795 Folsom Street, First Floor
San Francisco, California 94107
(415)848-2450 (Phone)
(415)848 2301 (Fax)
jamesk.legal@gmail.com

Attorneys for Plaintiffs
DANIEL BRUNO, individually and on behalf of
others similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>EQUIFAX INFORMATION SERICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKETING SERVICES, LLC.<br><br>Defendants. | CASE NO. 2:17-cv-00327-WBS-EFB<br><br>**PROOF OF SERVICE OF STIPULATION** |

I am a citizen of the United States and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 795 Folsom Street, First Floor, San Francisco, California 94107, I served via the CM/ECF system the documents described below:

**STIPULATION OF PLAINTIFF AND AMERICAN MARKETING AND MAILING**

**SERVICES, INC.**

by Notice of Electronic Filing, which is a notice generated by the CM/ECF system at the time the documents listed above were filed with the Court, to all counsel listed by CM/ECF as "*ATTORNEY TO BE NOTICED*."

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: May 31, 2017                                        Respectfully submitted,

By: /s/ James L. Kohl, Esq.
James Louis Kohl, Esq., SBN: 120808
795 Folsom Street, First Floor
San Francisco, California 94107
(415)848-2450/ FAX (415)848 2301
jamesk.legal@gmail.com

PROOF OF SERVICE