MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:  +1 650 422 6700
Facsimile:  +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON H. WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:  +1 404 572 4600
Facsimile:  +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION
SERVICES, LLC

(Refer to signature page for complete listing of counsel and parties represented)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR EQUIFAX INFORMATION SERVICES, LLC'S RESPONSE TO THE AMENDED CLASS ACTION COMPLAINT** |

Plaintiff Daniel Bruno ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS, on July 31, 2017, Plaintiff filed an Amended Class Action Complaint;

WHEREAS, Plaintiff, through counsel, has agreed to a 10-day extension for Equifax to respond to the Amended Class Action Complaint;

WHEREFORE, Plaintiff and Equifax stipulate as follows:

1. The time for Equifax to respond to the amended complaint shall be extended by 10 additional days up to and including August 24, 2017.
2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: August 8, 2017
/s/ *James L. Kohl (as authorized on August 8, 2017)*
JAMES LOUIS KOHL, ESQ. (SBN 120808)
jamesk.legal@gmail.com
795 Folsom Street, First Floor
San Francisco, CA 94107
Tel: (415) 848-2450
Fax: (415) 848-2301

JOSEPH S. MESSER (*pro hac vice*)
jmesser@messerstrickler.com
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
Tel: 312-334-3440
Fax: 312-334-3473

Attorneys for Plaintiff
DANIEL BRUNO

Dated: August 8, 2017
/s/ *Zachary A. McEntyre*
MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
King & Spalding LLP
601 South California Avenue
Palo Alto, CA 94304

STIP. AND [PROPOSED] ORDER EXTENDING TIME
2
CASE NO. 2:17-CV-00327-WBS-EFB

Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON H. WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100

Attorney for Defendant, EQUIFAX
INFORMATION SERVICES, LLC

**IT IS SO ORDERED.**

**Dated: August 8, 2017**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE