REBECCA D. WESTER (SBN 245257)
rdj@smbgroup.com
Law Offices of Henry N. Jannol, APC
10850 Wilshire Blvd
Suite 825
Los Angeles, CA 90024
Tel: (310) 552-7500
Fax: (310) 552-7552

Attorney for Defendants
GENEVA FINANCIAL SERVICES, LLC and
JOHN MCGINLEY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKETING SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GENEVA FINANCIAL SERVICES, LLC AND JOHN MCGINLEY'S RESPONSE TO THE AMENDED CLASS ACTION COMPLAINT |

Plaintiff Daniel Bruno ("Plaintiff") and Defendant Geneva Financial Services, LLC ("Geneva") hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS on July 31, 2017, Plaintiff filed an Amended Class Action Complaint;

WHEREAS, Plaintiff, through counsel, has agreed to a 10-day extension for Geneva and John McGinley to respond to the Amended Class Action Complaint;

WHEREFORE, Plaintiff and Geneva and McGinley stipulate as follows:

1. The time for Geneva and McGinlet to respond to the amended complaint shall be extended by 10 additional days up to and including August 24, 2017;
2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: August 10, 2017 　　　　　　　　　/s/　Rebecca D. Wester
　　　　　　　　　　　　　　　　　　　　Rebecca D. Wester, Esq. (SBN 245257)
　　　　　　　　　　　　　　　　　　　　HENRY N. JANNOL, A PROFESSIONAL
　　　　　　　　　　　　　　　　　　　　CORPORATION
　　　　　　　　　　　　　　　　　　　　10850 Wilshire Blvd.
　　　　　　　　　　　　　　　　　　　　Suite 825
　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90024
　　　　　　　　　　　　　　　　　　　　Tel:　1-310-552-7500
　　　　　　　　　　　　　　　　　　　　Fax:　1-310-552-7552
　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　GENEVA FINANCIAL SERVICES, LLC and
　　　　　　　　　　　　　　　　　　　　JOHN MCGINLEY

Dated: August 10, 2017 　　　　　　　　　/s/　James L. Kohl (as authorized August 10, 2017)
　　　　　　　　　　　　　　　　　　　　James Louis Kohl, Esq. (SBN 120808)
　　　　　　　　　　　　　　　　　　　　jamesklegal@gmail.com
　　　　　　　　　　　　　　　　　　　　795 Folsom Street, First Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94107
　　　　　　　　　　　　　　　　　　　　Tel:　1-415-848-2450
　　　　　　　　　　　　　　　　　　　　Fax:　1-310-848-2301

| | |
|---|---|
| 1 | JOSEPH S. MESSER (pro hac vice) |
| 2 | jmesser@messerstrickler.com |
| | Messer Strickler, Ltd. |
| 3 | 225 W. Washington, Suite 575 |
| | Chicago, IL 60606 |
| 4 | Tel:    1-312-334-3440 |
| | Fax:    1-312-334-3473 |
| 5 | Attorney for Plaintiff |
| | DANIEL BRUNO |

**IT IS SO ORDERED.**

**Dated:  August 10, 2017**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| 1 | |
| 2 | <u>CERTIFICATE OF SERVICE</u> |
| 3 | |

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18, am not a party to the within action, and that on August 10, 2017, I served Defendant Geneva Financial Services, LLC's Stipulation and Proposed Order Extending Time for Geneva Financial Services, LLC's Response to the Amended Class Action Complaint on the parties in this action by filing a true copy with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of such filing to counsel for all parties listed on the docket.

Dated: August 10, 2017              <u>  /s/     Rebecca D. Wester</u>
                                    Rebecca D. Wester, Esq.