UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL BRUNO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and GENEVA FINANCIAL SERVICES, LLC,<br><br>    Defendants. | CIV. NO. 2:17-0327 WBS EFB<br><br>ORDER |

----oo0oo----

    Plaintiff Daniel Bruno, individually and on behalf of others similarly situated, brought a Motion to Correct the Case Caption to Replace the Name "Geneva Financial Services, LLC" with the Correct Name "Geneva Financial Services, Inc."  (Docket No. 89.)  Defendant Equifax has filed a statement bringing the court's attention to the fact that it intends to move for summary judgment but stating that it does not oppose the motion (Docket

1

No. 96). Defendant Geneva has filed a response in which it discusses a number of other issues, but likewise states that it has no basis to oppose the motion (Docket No. 93). Having reviewed the Motion and defendants' responses, and good cause appearing therefor, the court will grant the Motion.

IT IS THEREFORE ORDERED that plaintiff's Motion to Correct the Case Caption (Docket No. 89) be, and the same hereby is, GRANTED. Plaintiff shall replace the name "Geneva Financial Services, LLC" with "Geneva Financial Services, Inc." by filing a corrected caption to the Amended Complaint.

Dated: December 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE