# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC.<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>[Request for Telephonic Appearance filed concurrently]<br><br>Date: February 5, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5, 14th Floor<br>Judge: Honorable William B. Shubb |

The Court has reviewed and considered Plaintiff's request to appear telephonically at the February 5, 2018 hearing on Defendant, Geneva Financial Services, Inc.'s Motion to Withdraw as Attorney (D.E. 95). GOOD CAUSE appearing, the Court hereby GRANTS the request and ORDERS as follows:

Plaintiff's counsel, Joseph S. Messer, may appear at the hearing telephonically. Counsel can be reached at the following telephone number at the time of the hearing: (312) 334-3440.

1 The courtroom deputy shall email counsel ([jmesser@messerstrickler.com](mailto:jmesser@messerstrickler.com)) with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: January 25, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE