UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; JOHN MCGINLEY; ANDY MITCHELL; AND REBS SUPPLY, INC d/b/a/ REBS MARKETING, INC.,<br><br>Defendants. | No. 2:17-cv-327-WBS-EFB<br><br>ORDER AFTER HEARING |

This case was before the court on January 10, 2018, for hearing on plaintiff's motion for an order deeming Plaintiff's First Set of Requests for Admissions admitted and to compel defendant Geneva Financial Services, Inc. to respond to plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents. ECF No. 90. Attorney James Kohl appeared on behalf of plaintiff; attorney Rebecca Wester appeared on behalf of defendant John McGinley and Geneva Financial Services, LLC; attorney Matthew Dawson appeared on behalf of defendant Equifax Information Services, LLC.

/////

/////

For the reasons stated on the record, plaintiff's motion is granted as follows:

1. Plaintiff's First Set of Requests for Admissions is deemed admitted;

2. By no later than February 21, 2018, defendants Geneva Financial Services, Inc.[1] and John McGinley shall provide responses to plaintiff's First Set of Interrogatories and First Set of Requests for Production of Documents; and

3. Geneva Financial Services, Inc. shall reimburse plaintiff the reasonable expenses he incurred in bringing the instant motion to compel. *See* Fed. R. Civ. P. 37(a)(5)(A). By no later than February 21, 2018, Mr. Kohl shall submit a declaration detailing those expenses.

So Ordered.

DATED: February 7, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the discovery at issue was served on Ms. Wester, who contends that she represents Geneva Financial Services, LLC and not Geneva Financial Services, Inc., as stated on the record, Geneva Financial Services, Inc. and John McGinley have actual knowledge of the discovery served by plaintiff. Documents filed with the California Secretary of State demonstrate that defendant John McGinley, who is represented by Ms. Wester, is the Chief Operating Officer of Geneva Financial Services, Inc. ECF No. 99-2.