MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:     +1 650 422 6700
Facsimile:      +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON H. WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:     +1 404 572 4600
Facsimile:      +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION
SERVICES, LLC

(Refer to signature page for complete listing of counsel and parties
represented)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC et al.<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND RESPONSE DEADLINE FOR EQUIFAX INFORMATION SERVICES, LLC TO RESPOND TO SECOND AMENDED CLASS ACTION COMPLAINT |

1    Plaintiff Daniel Bruno ("Plaintiff") and Defendant Equifax Information Services, LLC

2  ("Equifax") hereby stipulate as follows:

3    WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

4    WHEREAS, on July 31, 2017, Plaintiff filed an Amended Class Action Complaint;

5    WHEREAS, on February 27, 2018, Plaintiff filed a Second Amended Class Action

6  Complaint;

7    WHEREAS, Plaintiff, through counsel, has agreed to a 7-day extension for Equifax to

8  respond to the Second Amended Class Action Complaint;

9    WHEREFORE, Plaintiff and Equifax stipulate as follows:

10    1.    The time for Equifax to respond to the complaint shall be extended by 7

11  additional days up to and including March 20, 2018.

12    2.    This stipulation is without prejudice to the rights, claims, arguments and defenses

13  of all parties.

14
DATED: March 9, 2018                          KING & SPALDING LLP
15

16                                    By:    *s/ Zachary A. McEntyre*
17                                           ZACHARY A. MCENTYRE (*pro hac vice*)
                                             zmcentyre@kslaw.com
18
                                             Attorney for Defendant EQUIFAX
19                                           INFORMATION SERVICES, LLC

20

21  DATED: March 9, 2018                          LAW OFFICES OF JAMES
                                                  LOUIS KOHL
22

23                                    By:    */s/ James Louis Kohl (as authorized on 3/9/2018)*
                                             James Louis Kohl, Esq., (SBN 120808)
24                                           795 Folsom Street, First Floor
                                             San Francisco, CA 94107
25                                           (415)848-2450/ FAX (415)848-2301
                                             jamesk.legal@gmail.com
26
                                             Attorney for Plaintiff DANIEL BRUNO
27

28

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadline for Defendant

Equifax Information Services, LLC to respond to the Second Amended Class Action Complaint is

extended by 7 additional days, until March 20, 2018.

Dated:  March 12, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE