REBECCA D. WESTER (SBN 245257)
rdj@smbgroup.com
Law Offices of Henry N. Jannol, APC
10850 Wilshire Blvd
Suite 825
Los Angeles, CA 90024
Tel: (310) 552-7500
Fax: (310) 552-7552

Attorney for Defendant
JOHN MCGINLEY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUIFAX INFORMATION SERICES, LLC; GENEVA FINANCIAL SERVICES, LLC; RMB WORLD ENTERPRISES, LLC d/b/a DECISION LINKS; B.B. DIRECT, INC.; GENESIS MARKETING GROUP, INC. d/b/a HITMAN DIRECT; AMERICAN MARKETING AND MAILING SERVICES, INC.; STRATEGIC MARKETING SERVICES, LLC,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR JOHN MCGINLEY'S RESPONSE TO THE SECOND AMENDED CLASS ACTION COMPLAINT |

Plaintiff Daniel Bruno ("Plaintiff") and Defendant John McGinley hereby stipulate as follows:

WHEREAS, on February 15, 2017, Plaintiff filed the instant action;

WHEREAS on July 31, 2017, Plaintiff filed an Amended Class Action Complaint;

WHEREAS on February 27, 2018, Plaintiff filed a Second Amended Class Action Complaint;

WHEREAS, Plaintiff, through counsel, has agreed to a 10-day extension for John McGinley to respond to the Second Amended Class Action Complaint;

WHEREFORE, Plaintiff and John McGinley stipulate as follows:

1. The time for John McGinley to respond to the amended complaint shall be extended by 10 additional days up to and including March 23, 2018;
2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: March 8, 2018 /s/ Rebecca D. Wester
Rebecca D. Wester, Esq. (SBN 245257)
HENRY N. JANNOL, A PROFESSIONAL CORPORATION
10850 Wilshire Blvd.
Suite 825
Los Angeles, CA 90024
Tel: 1-310-552-7500
Fax: 1-310-552-7552
Attorney for Defendant
JOHN MCGINLEY

Dated: March 8, 2018 /s/ James L. Kohl (as authorized March 8, 2018)
James Louis Kohl, Esq. (SBN 120808)
jamesklegal@gmail.com
795 Folsom Street, First Floor
San Francisco, CA 94107
Tel: 1-415-848-2450
Fax: 1-310-848-2301

JOSEPH S. MESSER (pro hac vice)
jmesser@messerstrickler.com
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
Tel:   1-312-334-3440
Fax:   1-312-334-3473
Attorney for Plaintiff
DANIEL BRUNO

**IT IS SO ORDERED.**

Dated:  March 12, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18, am not a party to the within action, and that on March 8, 2018, I served Defendant John McGinley's Stipulation and Proposed Order Extending Time for John McGinley's Response to the Second Amended Class Action Complaint on the parties in this action by filing a true copy with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of such filing to counsel for all parties listed on the docket.

Dated: March 8, 2018            /s/ Rebecca D. Wester
                                         Rebecca D. Wester, Esq.