UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | No. 2:17-cv-327-WBS-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on June 6, 2018, for hearing on plaintiff's motion to compel defendant Equifax Information Services, LLC ("Equifax") to provide further responses to plaintiff's Requests for Production of Documents (ECF No. 164) and requests to seal certain exhibits to the original and amended joint statements (ECF Nos. 177, 182). Attorney Joseph Messer appeared on behalf of plaintiff. Attorneys Zachary McEntyre, Matthew Dawson, and Allison White appeared on behalf of defendant Equifax.

For the reasons stated on the record, it is hereby ORDERED that:

1. Plaintiff's requests to seal documents (ECF Nos. 177, 182) are denied without prejudice. Within 14 days of this order, defendant Equifax may file an appropriate motion in compliance with Local Rule 141 requesting the exhibits that have been provisionally sealed (*see* ECF No. 179) remain filed under seal. Equifax is admonished that failure to do so will result in an order unsealing the documents.

1

2. Plaintiff's motion to compel (ECF No. 164) is granted in part and denied in part as follows:

    a. Equifax shall conduct a diligent search for addendums to its agreement with Decisionlinks and produce any addendums in its possession.

    b. Equifax shall verify that all communications with Decisionlinks that relate to Geneva Motors have been produced.

    c. Equifax shall produce the "larger prescreened list" in the format that the information is ordinarily maintained by Equifax.

    d. For each of plaintiff's requests for production of documents, Equifax shall supplement its responses with a verification describing the search or searches for documents that were conducted and certifying that all responsive documents have been produced. The verification shall be signed under penalty of perjury by the individual or individuals that conducted each search.

    e. Equifax shall comply with this order by no later than June 15, 2018.

DATED: June 12, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE