MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:     +1 650 422 6700
Facsimile:     +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:     +1 404 572 4600
Facsimile:     +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION
SERVICES, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BRUNO, Individually and on behalf of others similarly situated,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,**<br><br>**Defendants.** | Case No. 2:17-cv-00327-WBS-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO DISCLOSE EXPERTS AND PRODUCE EXPERT REPORTS |

Pursuant to Local Rule 144(a), and subject to the approval of the Court, the undersigned parties hereby stipulate and agree that the deadline for Defendant Equifax Information Services,

LLC ("Equifax") to disclose experts and produce expert reports is extended from June 9, 2018 to June 18, 2018, and the deadline for Plaintiff to disclose rebuttal experts and produce expert reports is extended through July 2, 2018.

The Court's July 18, 2017 Scheduling Order set Defendants' expert disclosure deadline for March 16, 2018, and the deadline for rebuttal experts was March 30, 2018. Dkt. No. [73] at 3. On May 3, 2018, the Court extended Defendants' expert disclosure deadline to June 9, 2018. Dkt. No. [171] at 2. Though rebuttal experts were not specifically addressed in the May 3, 2018 Order, application of the 14-day period allowed by the July 18, 2017 Scheduling Order would have made the rebuttal expert deadline June 23, 2018. Equifax and Plaintiff respectfully seek an additional one-week extension of time of their respective expert disclosure deadlines.

Dated: June 14, 2018

/s/ *Zachary A. McEntyre*
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC


/s/ *Joseph Messer (w/ permission)*
Joseph Messer (*pro hac vice*)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

*/s/ James Louis Kohl*
James Louis Kohl
Law Offices Of James Louis Kohl
1571 Alvarado Avenue, Unit #2

| | |
|---|---|
| 1 | Walnut Creek, CA 94597 |
| | 925-451-8378 |
| 2 | Email: jamesk.legal@gmail.com |
| 3 | Attorneys for Plaintiff |
| 4 | DANIEL BRUNO |
| 5 | |
| 6 | */s/ Neil C. Evans* |
| | Neil C. Evans |
| 7 | Law Office of Neil C. Evans |
| | 13351 D Riverside Drive |
| 8 | Suite 612 |
| | Sherman Oaks, CA 91423 |
| 9 | 818-802-8333 |
| | Fax: 213-406-1231 |
| 10 | Email: evanstnt@aol.com |
| 11 | Attorney for Defendant |
| 12 | GENEVA FINANCIAL SERVICES, LLC and |
| | MARK HASSAN |
| 13 | |
| 14 | */s/ Paul H. Levine* |
| | Paul H. Levine |
| 15 | Law Offices Of Paul H. Levine |
| 16 | 10850 Wilshire Boulevard |
| | Suite 825 |
| 17 | Los Angeles, CA 90024 |
| | 310-286-1166 |
| 18 | Email: phl@smbgroup.com |
| 19 | Rebecca Dena Wester |
| 20 | Law Offices of Henry N. Jannol, APC |
| | 10850 Wilshire Blvd. |
| 21 | Suite 825 |
| | Los Angeles, CA 90024 |
| 22 | 310-552-7500-121 |
| | Fax: 310-552-7552 |
| 23 | Email: rdj@smbgroup.com |
| 24 | Attorneys for Defendant |
| 25 | JOHN MCGINLEY and ROBERT MCGINLEY |

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that the deadlines for Defendant Equifax Information Services, LLC to disclose experts and produce expert reports is extended until June 18, 2018, and the deadline for Plaintiff to disclose rebuttal experts and produce expert reports is extended until July 2, 2018.

DATED: June 14, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE