UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>Defendants. | No. 2:17-cv-327 WBS EFB<br><br>ORDER RE: MOTION TO SEAL |

----oo0oo----

On February 27, 2018, plaintiff submitted a Request to Seal portions of its Second Amended Complaint as well as Exhibits A, G, H, I, and J in their entirety. (Docket No. 131). The court denied this request without prejudice to the right of any party to submit a more tailored request which specifically states the basis for sealing or redacting these documents. (Docket No. 167). Defendant Equifax Information Services, LLC ("Equifax")

1

1 | now requests to seal only Exhibits G, H, and J attached to
2 | plaintiff's Second Amended Complaint.  (Docket No. 194.)
3 |       Pursuant to Local Rule 141(a), "[d]ocuments may be
4 | sealed only by written order of the Court, upon the showing
5 | required by applicable law."  E.D. Cal. L.R. 141(a).  .
6 |       The documents at issue here appear to contain
7 | information which is competitively sensitive, confidential, and
8 | proprietary.  (See Declaration of Brian Crawford ("Crawford
9 | Decl."), Req. to Seal, Ex. A at ¶¶ 5, 11.)  This information is
10 | closely guarded from public disclosure, and even within Equifax
11 | it is made available only to those employees who have a need to
12 | know.  (Id. at ¶¶ 6, 11).  The documents also appear to contain
13 | confidential and sensitive information regarding the potential
14 | end user and its principals, including but not limited to
15 | background checks and personal identifying information.
16 | (Crawford Decl. ¶¶ 8, 12.) This information is not publicly
17 | available, and would invade the privacy of the business and those
18 | individuals if this request to seal were not granted. (See id.).
19 |       Accordingly, the court concludes that Equifax has
20 | presented "good cause" to rebut the presumption in favor of
21 | public access.  See Kamakana v. City & County of Honolulu, 447
22 | F.3d 1172, 1189 (9th Cir. 2006)..
23 |       IT IS THEREFORE ORDERED that Equifax's Request to Seal
24 | Exhibits G, H, and J attached to plaintiff's Second Amended
25 | Complaint be, and the same hereby is, GRANTED.
26 | Dated:  July 11, 2018
27 | _____
   | WILLIAM B. SHUBB
28 | UNITED STATES DISTRICT JUDGE