UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-327-WBS-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on July 11, 2018, for hearing on defendant Equifax Information Services, LLC's ("Equifax") motion to compel plaintiff to provide further responses to its Requests for Production of Documents (ECF No. 187) and plaintiff's motion to compel Equifax to provide further responses to plaintiff's Requests for Production of Documents (ECF No. 196). Attorney Joseph Messer appeared on behalf of plaintiff. Attorneys Zachary McEntyre, Andrew Walcoff, and Matthew Dawson appeared on behalf of defendant Equifax.

For the reasons stated on the record, it is hereby ORDERED that:

1. The discovery deadline is extended for the limited purpose of resolving plaintiff and Equifax's motions to compel.

2. Equifax's motion to compel plaintiff to provide further responses to its Requests for Production of Documents (ECF No. 187) is granted. Within 14 days of this order, plaintiff shall

1

produce all documents responsive to Equifax's Request for Production of Documents, Set One, Number 13 and Request for Production of Documents, Set Two, Number 9. If no responsive documents are found after a diligent search, plaintiff shall provide a verification, signed under penalty of perjury, describing the search he conducted and confirming that no responsive documents were located.

      3. As to plaintiff's motion to compel, more information is needed to resolve Equifax's claim of privilege. By no later than July 25, 2018, Equifax shall submit for in camera review a copy of each document plaintiff claims was wrongfully withheld on the basis of attorney-client privilege, as briefed in the parties' joint statement. *See* ECF No. 203. The submission shall be accompanied by declarations from persons with personal knowledge of the generation, purpose and handling of the communications explaining the basis for the assertion of the attorney-client privilege for each document. Equifax shall also serve a copy of each declaration, with all attorney-client communications redacted, on plaintiff by July 25, 2018.

      4. Plaintiff shall file a response to the declarations by no later than August 8, 2018.[1]

      5. Upon receipt of the documents, declarations, and plaintiff's response, plaintiff's motion to compel (ECF No. 196) with stand submitted for decision.

      So Ordered.

DATED: July 12, 2018.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE

---

[1] At the hearing, the court instructed Equifax to submit the documents and declarations by July 18, 2018, and plaintiff to submit his response by August 1, 2018. After the hearing, Equifax and plaintiff submitted a stipulation to extend each of those deadlines by one week. ECF No. 211. That stipulation is approved, as reflected herein.