MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:     +1 650 422 6700
Facsimile:     +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:     +1 404 572 4600
Facsimile:     +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL BRUNO, Individually and on behalf of others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC et al.,**<br><br>**Defendants.** | Case No. 2:17-cv-00327-WBS-EFB<br><br>STIPULATED REQUEST AND ORDER TO MODIFY THE SCHEDULING ORDER |

**STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER**

Pursuant to Local Rule 144, the undersigned parties submit this stipulated request to modify the scheduling order.

1. On July 11, 2018, the plaintiff filed a motion to modify the scheduling order to extend discovery by 90 days and to adjust the motions deadline, pretrial conference date, and trial date accordingly. *See* ECF Nos. 207, 208, 210. In the motion, the plaintiff explained that despite the parties' diligent efforts, they have not yet been able to complete previously noticed depositions of important fact witnesses, including Defendants Robert McGinley, Mark Hassan, and David Bailey, and will not be able to complete those depositions before the July 16, 2018 discovery cut-off.

2. The defendants do not oppose the plaintiff's motion.

3. Moreover, the plaintiff's motion for class certification and the defendants' motion(s) for summary judgment are due on or before July 23, 2018, which is only one week after the current close of discovery. *See* ECF Nos. 73, 171. The Court's July 18, 2017 scheduling order set the discovery cutoff was April 13, 2018, the motions due date was July 23, 2018, the pretrial conference for October 9, 2018, and the trial for December 11, 2018. ECF No. 73. Earlier this year, however, Magistrate Judge Brennan extended the fact discovery deadline until July 16, 2018, but left the remaining case management schedule (including the July 23, 2018 motions deadline) unchanged. *See* ECF No. 171. The parties agree that they require more time to complete these critical motions and that they would be prejudiced without such additional time.

4. In light of the foregoing, the parties agree and stipulate to further modifications to the Court's scheduling order, as follows:

   a. The deadline for completing fact discovery shall be extended from July 16, 2018 until October 16, 2018;

b. The deadline for filing a motion for class certification shall be extended from July 23, 2018, until October 30, 2018;

c. The deadline for filing dispositive motions shall be extended until 30 days following the Court's ruling on any motion for class certification;

d. The pretrial conference currently set for October 9, 2018 shall be continued until April 9, 2019;

e. The trial currently set for December 11, 2018 shall be continued until June 11, 2019; and

5. By entering into this stipulation, the parties do not waive any objections to pending or future discovery requests that are unrelated to the discovery deadline.

6. Nothing shall restrict any party from filing a dispositive motion prior to the due date set forth above.

7. The plaintiff's motion to modify the scheduling order, ECF Nos. 207, 208, 210, is hereby withdrawn, and the hearing scheduled for August 20, 2018 is vacated.

Respectfully Submitted,

Dated: July 19, 2018

/s/ *Zachary A. McEntyre*
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorney for Defendant
EQUIFAX INFORMATION SERVICES, LLC

/s/ *Joseph Messer (w/ permission)*
Joseph Messer (*pro hac vice*)
Kevin Borozan (*pro hac vice*)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602

| | |
|---|---|
| 1 | (312) 334-3442 (direct) |
| | (312) 334-3473 (fax) |
| 2 | jmesser@messerstrickler.com |
| 3 | James Louis Kohl |
| | Law Offices Of James Louis Kohl |
| 4 | 1571 Alvarado Avenue, Unit #2 |
| | Walnut Creek, CA 94597 |
| 5 | 925-451-8378 |
| 6 | Email: jamesk.legal@gmail.com |
| 7 | Attorney for Plaintiff |
| | DANIEL BRUNO |
| 8 | |
| 9 | */s/ Neil C. Evans (with permission)* |
| | Neil C. Evans |
| 10 | Law Office of Neil C. Evans |
| | 13351 D Riverside Drive |
| 11 | Suite 612 |
| | Sherman Oaks, CA 91423 |
| 12 | 818-802-8333 |
| 13 | Fax: 213-406-1231 |
| | Email: evanstnt@aol.com |
| 14 | |
| | Attorney for Defendant |
| 15 | GENEVA FINANCIAL SERVICES, LLC and |
| | MARK HASSAN |
| 16 | |
| 17 | */s/ Paul H. Levine (with permission)* |
| | Paul H. Levine |
| 18 | Law Offices Of Paul H. Levine |
| | 10850 Wilshire Boulevard |
| 19 | Suite 825 |
| | Los Angeles, CA 90024 |
| 20 | 310-286-1166 |
| 21 | Email: phl@smbgroup.com |
| 22 | Rebecca Dena Wester |
| | Law Offices of Henry N. Jannol, APC |
| 23 | 10850 Wilshire Blvd. |
| | Suite 825 |
| 24 | Los Angeles, CA 90024 |
| 25 | 310-552-7500-121 |
| | Fax: 310-552-7552 |
| 26 | Email: rdj@smbgroup.com |
| 27 | Attorneys for Defendant |
| 28 | JOHN MCGINLEY and ROBERT MCGINLEY |

**ORDER**

Having reviewed the parties' stipulation, the Court determines that good cause exists for the modifications to the scheduling order proposed therein. Accordingly, it is hereby **ORDERED** that the scheduling order, ECF No. 73, be modified as follows**:**

1. The deadline for completing fact discovery shall be extended from July 16, 2018 until October 16, 2018;

2. The deadline for filing a motion for class certification shall be extended from July 23, 2018, until October 30, 2018;

3. The deadline for filing dispositive motions shall be extended until 30 days following the Court's ruling on any motion for class certification;

4. The pretrial conference currently set for October 9, 2018 shall be continued until April 9, 2019;

5. The trial currently set for December 11, 2018 shall be continued until June 11, 2019;

6. By entering into this stipulation, the parties do not waive any objections to pending or future discovery requests that are unrelated to the discovery deadline.

7. Nothing shall restrict any party from filing a dispositive motion prior to the due date set forth above.

8. The plaintiff's motion to modify the scheduling order, ECF Nos. 207, 208, 210, is deemed withdrawn, and the hearing scheduled for August 20, 2018 is vacated.

Dated: July 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE