1  MATTHEW H. DAWSON (State Bar No. 307350)
   mdawson@kslaw.com
2  KING & SPALDING LLP
3  601 South California Avenue
   Palo Alto, CA 94304
4  Telephone:    +1 650 422 6700
   Facsimile:    +1 650 422 6800
5
6  ZACHARY A. MCENTYRE (*pro hac vice*)
   zmcentyre@kslaw.com
7  MERYL W. ROPER (*pro hac vice*)
   mroper@kslaw.com
8  ALLISON HILL WHITE (*pro hac vice*)
   awhite@kslaw.com
9  KING & SPALDING LLP
10 1180 Peachtree St., NE
   Atlanta, GA 30309
11 Telephone:    +1 404 572 4600
   Facsimile:    +1 404 572 5100
12
13 Attorneys for Defendant EQUIFAX INFORMATION
   SERVICES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC et al.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>SECOND STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S ORDER OF JULY 11, 2018 (ECF NO. 206) |

## SECOND STIPULATED REQUEST AND [~~PROPOSED~~] ORDER

Pursuant to Local Rule 144, the undersigned parties submit this stipulated request to extend the deadlines set forth in the Court's order of July 11, 2018 (ECF No. 206) by an additional week.

On July 11, 2018, the Honorable Edmund F. Brennan heard argument on motions to compel brought by Plaintiff Daniel Bruno and Defendant Equifax Information Services LLC. No other parties filed related briefing or attended the hearing. During argument, counsel for Equifax initially estimated that a declaration regarding a specific category of privileged materials could be prepared within one week. Later in the hearing, the Court ordered Equifax to serve and file additional declarations discussing several more categories of privileged documents. On July 12, 2018, the Court entered the parties' Stipulation and Proposed Order which extended Equifax's deadline for submitting the declarations up to and including July 25, 2018. Given the need to prepare and file multiple declarations, that two of our declarants are unexpectedly unavailable this week, and subject to the Court's approval, Equifax and the plaintiff submit this stipulated request that:

Equifax's deadline for submitting the declarations ordered by the Court shall be extended by an additional week—until August 1, 2018—and that the plaintiff's deadline for serving and filing any response shall similarly be extended until August 22, 2018.

Respectfully Submitted,

Dated: July 19, 2018            /s/ *Zachary A. McEntyre*
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorney for Defendant

EQUIFAX INFORMATION SERVICES, LLC


 /s/ *Joseph Messer (w/ permission)*
Joseph Messer (*pro hac vice)*
Kevin Borozan (*pro hac vice*)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

James Louis Kohl
Law Offices Of James Louis Kohl
1571 Alvarado Avenue, Unit #2
Walnut Creek, CA 94597
925-451-8378
Email: jamesk.legal@gmail.com

Attorneys for Plaintiff
DANIEL BRUNO

**IT IS SO ORDERED.**

DATED:  July 24, 2018

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE