# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE**<br><br>[Request for Telephonic Appearance filed concurrently]<br><br>Date: October 1, 2018<br>Time: 1:30 p.m.<br>Ctrm: 5, 14th Floor<br>Judge: Honorable William B. Shubb |

The Court has reviewed and considered Plaintiff's request to appear telephonically at the October 1, 2018 hearing on the Motion to Withdraw as Attorney for the Law Offices of Henry N. Jannol (Paul H. Levine and Rebecca Wester) by John McGinley and Robert McGinley, GOOD CAUSE appearing, the Court hereby GRANTS the request and ORDERS as follows:

Plaintiff's counsel, Joseph S. Messer, may appear at the hearing telephonically. Counsel can be reached at the following telephone number at the time of the hearing: (312) 334-3440. The courtroom deputy shall email counsel (jmesser@messerstrickler.com) with instructions on how to participate in the telephone conference call.

IT IS SO ORDERED.

Dated: September 18, 2018

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE