UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, LLC; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES; ROBERT MCGINLEY; KAMIES ELHOUTY; JOHN MCGINLEY; ANDY MITCHELL; and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>    Defendant. | No. 2:17-cv-327 WBS EFB<br><br>ORDER RE: MOTION TO WITHDRAW AS COUNSEL |

----oo0oo----

        Presently before the court is a motion to withdraw as counsel for John McGinley and Robert McGinley brought by the Law Offices of Henry N. Jannol. (Docket No. 223.) Plaintiff filed an opposition to the motion. (Docket No. 229.) On August 24, 2018, counsel filed a reply and informed the court that Robert

1

McGinley passed away. (Docket No. 233.) The court held a hearing on this motion on October 1, 2018. (Docket No. 234.)

Counsel for John and Robert McGinley is hereby ordered to (1) contact John McGinley to procure any information about the estate of Robert McGinley, including identification of any representative of the estate, and inform plaintiff's attorney and the court of such information; (2) inform John McGinley that he should obtain another attorney if counsel is allowed to withdraw; and (3) inform John McGinley of the consequences of proceeding without an attorney. Counsel has until October 5, 2018 to undertake all reasonable efforts to comply with the ordered actions, and to file a declaration with the court setting forth those efforts. If counsel does not receive any response from John McGinley by October 11, 2018, he shall so inform the court by declaration, and the request to withdraw as counsel will be granted. If counsel does receive a response from John McGinley, he shall so inform the court, and the court will take that communication under consideration and issue a separate order.

IT IS SO ORDERED.

Dated: October 1, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE