Joseph S. Messer (IL: 6200036)
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 (Phone)
312-334-3473 (Fax)
jmesser@messerstrickler.com
*Pro Hac Vice*

James Louis Kohl (SBN: 120808)
795 Folsom Street, First Floor
San Francisco, California 94107
(415)848-2450 (Phone)
(415)848 2301 (Fax)
jamesk.legal@gmail.com

Attorneys for Plaintiff
DANIEL BRUNO, individually and on behalf
of others similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC et al.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**STIPULATED REQUEST AND ORDER TO MODIFY THE SCHEDULING ORDER** |

## STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER

Pursuant to Local Rule 144, the undersigned parties[1] submit this stipulated request to modify the scheduling order, and in support of which, state as follows:

1. On September 12, 2018, Plaintiff filed a motion for leave to take additional depositions, which Plaintiff withdrew on October 4, 2018 after Equifax Information Services, LLC consented to the additional depositions sought by Plaintiff. *See* ECF Nos. 225 and 236.

---

[1] The agreed-upon modification herein has been stipulated to by all parties except Mark Hassan. As set forth in the Declaration filed concurrently herewith, Neil Evans, Hassan's counsel, failed to respond to Plaintiff's counsel's numerous attempts to obtain his stipulation to the foregoing.

2. During the October 1, 2018 hearing before this Honorable Court on the motion to withdraw of the attorneys for Robert McGinley and John McGinley, the Court indicated that it was inclined to grant an extension of the discovery deadline to allow adequate time for the additional discovery.

3. Accordingly, the parties agree and stipulate that discovery should be extended by sixty (60) days, from the current October 16, 2018 deadline until December 17, 2018.

4. The parties further agree and stipulate that the current due date for Plaintiff's motion for class certification, October 30, 2018, should be continued to January 14, 2019.

5. By entering into this stipulation, the parties do not waive any objections to pending or future discovery requests that are unrelated to the discovery deadline.

6. Nothing shall restrict any party from filing a dispositive motion prior to the due date set forth above.

Dated: October 12, 2018                    Respectfully Submitted,

    /s/ *Joseph S. Messer*
Joseph S. Messer (*pro hac vice*)
Kevin S. Borozan (*pro hac vice*)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

*Attorneys for Plaintiff*
DANIEL BRUNO, individually and
on behalf of others similarly situated


   /s/ *Zachary A. McEntyre (with permission)*
ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com

| | |
|---|---|
| 1 | KING & SPALDING LLP |
| | 1180 Peachtree St., NE |
| 2 | Atlanta, GA 30309 |
| | Telephone: (404) 572-4600 |
| 3 | Facsimile: (404) 572-5100 |
| 4 | |
| | Attorney for Defendant |
| 5 | EQUIFAX INFORMATION SERVICES, LLC |
| 6 | */s/ Paul H. Levine (with permission)* |
| | Paul H. Levine |
| 7 | Rebecca Dena Wester |
| | Law Offices of Henry N. Jannol, APC |
| 8 | 10850 Wilshire Boulevard |
| | Suite 825 |
| 9 | Los Angeles, CA 90024 |
| 10 | 310-286-1166 |
| | Email: phl@smbgroup.com |
| 11 | |
| | Attorneys for Defendants |
| 12 | JOHN MCGINLEY and ROBERT MCGINLEY |
| 13 | |
| 14 | _____ |
| 15 | Neil C. Evans |
| | Law Office of Neil C. Evans |
| 16 | 13351 D Riverside Drive |
| | Suite 612 |
| 17 | Sherman Oaks, CA 91423 |
| 18 | 818-802-8333 |
| | Fax: 213-406-1231 |
| 19 | Email: evanstnt@aol.com |
| 20 | Attorney for Defendants |
| | GENEVA FINANCIAL SERVICES, INC. and |
| 21 | MARK HASSAN |

## **ORDER**

Having reviewed the parties' stipulation, the Court determines that good cause exists for the modifications to the scheduling order proposed therein. Accordingly, it is hereby

**ORDERED** that the scheduling order, ECF No. 73, as modified ECF No. 218, be modified as follows**:**

1. The deadline for completing fact discovery shall be extended from October 16, 2018 to December 17, 2018;

2. The deadline for filing a motion for class certification shall be extended from October 30, 2018 to January 14, 2019;

3. By entering into this stipulation, the parties do not waive any objections to pending or future discovery requests that are unrelated to the discovery deadline;

4. Nothing shall restrict any party from filing a dispositive motion prior to the due date set forth above.

**IT IS SO ORDERED.**

Dated: October 16, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE