UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL BRUNO, individually and on behalf of others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES; ROBERT MCGINLEY; KAMIES ELHOUTY; JOHN MCGINLEY; ANDY MITCHELL; AND REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>        Defendant. | No. 2:17-cv-00327 WBS EFB<br><br>ORDER SETTING ASIDE DEFAULT |

----oo0oo----

Defendants Geneva Motors, Inc. and Kamies Elhouty have filed a Motion to Set Aside Entry of Default. (Docket No. 251.) Because plaintiff does not oppose the motion (Docket No. 255), and for good cause having been shown pursuant to Federal Rule of

1

Civil Procedure 55(c), the default entered against defendant Geneva Motors, Inc. on April 27, 2018 (Docket No. 168) and the default entered against defendant Kamies Elhouty entered on May 7, 2018 (Docket No. 173) are hereby SET ASIDE.

Defendants Geneva Motors, Inc. and Kamies Elhouty have twenty days from the date this Order is signed to file and serve a responsive pleading.

IT IS SO ORDERED.

Dated: November 19, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE