# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**ORDER GRANTING TELEPHONIC APPEARANCE**<br><br>[Request for Telephonic Appearance filed concurrently]<br><br>Date: January 7, 2019<br>Time: 1:30 p.m.<br>Ctrm: 5, 14th Floor<br>Judge: Honorable William B. Shubb |

The Court has reviewed and considered Plaintiff's request to appear telephonically at the January 7, 2019 hearing on Plaintiff's Motion to Motion to Substitute Proper Party for Defendant Robert McGinley, GOOD CAUSE appearing, the Court hereby GRANTS the request and ORDERS as follows:

Plaintiff's counsel, Kevin S. Borozan, may appear at the hearing telephonically. Counsel can be reached at the following telephone number at the time of the hearing: (312) 334-3474. The courtroom deputy shall email counsel (kborozan@messerstrickler.com) with instructions on how to participate in the telephone conference call.

**IT IS SO ORDERED.**

**Dated: January 2, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE