MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:    +1 650 422 6700
Facsimile:    +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:    +1 404 572 4600
Facsimile:    +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION SERVICES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC et al., Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**ORDER GRANTING DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY** |

The Court has reviewed Defendant Equifax Information Services LLC's ("Equifax") request to appear telephonically at the January 7, 2019 hearing on Plaintiff's Motion to Substitute a Party. Equifax's request is GRANTED.

It is ordered that Equifax's counsel, Meryl W. Roper, may appear at the hearing telephonically. Counsel shall be available at the time of the hearing at telephone number (404) 572-2812. The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.

Dated: January 3, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE