UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-327-WBS-EFB<br><br><br>ORDER AFTER HEARING |

This case was before the court on January 9, 2019, for hearing on (1) plaintiff's motion for sanctions against defendant Equifax Information Services, LLC ("Equifax") (ECF No. 254), (2) Equifax's request to seal documents (ECF No. 271), and (3) plaintiff's motion to strike Equifax's opposition to plaintiff's motion for sanctions (ECF No. 277). Attorney Joseph Messer appeared on behalf of plaintiff. Attorneys Zachary McEntyre and Edward Bedard appeared on behalf of defendant Equifax.

For the reasons stated on the record, it is ORDERED that:

1. Equifax's request to seal (ECF No. 271) is granted, and the following documents shall be filed under seal:

　　　a. Exhibits A and E-M to Plaintiff's Motion for Sanctions (ECF No. 254);

　　　b. Exhibits A, K, and R-X to the declaration of Zachary A. McEntyre in support of Equifax's opposition to plaintiff's motion for sanctions (ECF No. 270-1);

1

   c. The unredacted version of Equifax's opposition to plaintiff's motion for sanctions; and

   d. The declaration of Jason Esteves submitted in support of Equifax's opposition to plaintiff's motion for sanctions.

 2. Plaintiff's motion to strike Equifax's opposition to plaintiff's motion for sanctions (ECF No. 277) is denied.

 3. Plaintiff's motion for sanctions against defendant Equifax (ECF No. 254) is denied.

DATED: January 10, 2019.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE