MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:    +1 650 422 6700
Facsimile:    +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:    +1 404 572 4600
Facsimile:    +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION
SERVICES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>                    Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**JOINT NOTICE OF SETTLEMENT, STIPULATION, AND ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE pursuant to Local Rules 160 and 272 that Plaintiff Daniel Bruno and Defendant Equifax Information Services LLC ("Equifax") have reached a settlement in principle as to all claims asserted against Equifax in this matter. The plaintiff and Equifax are in the process negotiating the terms of a settlement agreement. Once the agreement has been executed, and any payment issued, the plaintiff and Equifax will file the dispositional documents referenced in L.R. 160(b).

Given the foregoing, the plaintiff and Equifax stipulate—subject to the Court's approval—that:

1. The plaintiff's claims against Equifax be stayed for fourteen days to allow the parties time to attempt to negotiate the terms of the settlement agreement;
2. The hearing on Equifax's Motion for Modified Protective Order (ECF No. 289), which is currently set for May 15, 2019, be continued indefinitely; and
3. The hearing on the plaintiff's motion for class certification (ECF No. 292) and Equifax's deadline for responding to the plaintiff's motion be continued pending the outcome of parties' efforts to negotiate the terms of the settlement agreement. In the event that after fourteen days the parties have been unable to agree upon the terms of the settlement agreement, Plaintiff will re-notice his motion for class certification.

DATED: May 15, 2019   KING & SPALDING LLP

By:   /s/ Zachary A. McEntyre
ZACHARY A. MCENTYRE (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:   +1 404 572 4600
Facsimile:   +1 404 572 5100
Email: zmcentyre@kslaw.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

*/s/ Joseph Messer (w/ express permission)*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

Attorney for Plaintiff DANIEL BRUNO

**IT IS SO ORDERED AS FOLLOWS:**

1. The plaintiff's claims against Equifax be stayed for fourteen days to allow the parties time to attempt to negotiate the terms of the settlement agreement;

2. The hearing on Equifax's Motion for Modified Protective Order (ECF No. 289), is **VACATED** (see Minute Order, Docket #302); and

3. The June 3, 2019 hearing on the plaintiff's motion for class certification (ECF No. 292) and Equifax's deadline for responding to the plaintiff's motion are **VACATED** pending the outcome of parties' efforts to negotiate the terms of the settlement agreement. In the event that after fourteen days the parties have been unable to agree upon the terms of the settlement agreement, Plaintiff will re-notice his motion for class certification.

Dated: May 16, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE