MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:   +1 650 422 6700
Facsimile:    +1 650 422 6800

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone:   +1 404 572 4600
Facsimile:    +1 404 572 5100

Attorneys for Defendant EQUIFAX INFORMATION
SERVICES, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Local Rule 160(b), the undersigned parties submit this stipulated request for an extension of time to file the dispositional documents. In support of their request, the parties state as follows:

1. The parties filed a Notice of Settlement with the Court on May 15, 2019 after resolving the case in principle. Doc. 301. Pursuant to Local Rule 160(b), the Court set June 10, 2019, as the date upon which the documents disposing of the action must be filed.

2. Plaintiff provided a signed settlement agreement to Equifax on May 20, 2019.

3. Equifax is currently processing the settlement check and needs additional time to provide the settlement proceeds to Plaintiff's counsel.

4. The parties, therefore, jointly respectfully request a two (2) week extension of time to submit the dispositional documents, until June 24, 2019.

5. A proposed order is being submitted herewith.

DATED: June 7, 2019

KING & SPALDING LLP

By: */s/ Zachary A. McEntyre*
ZACHARY A. MCENTYRE (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100
Email: zmcentyre@kslaw.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES, LLC

*/s/ Joseph Messer (w/ express permission)*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

Attorney for Plaintiff DANIEL BRUNO

**ORDER**

**IT IS SO ORDERED.**

**Dated: June 10, 2019**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE