1 MATTHEW H. DAWSON (State Bar No. 307350)
mdawson@kslaw.com
2 KING & SPALDING LLP
601 South California Avenue
3 Palo Alto, CA 94304
4 Telephone: +1 650 422 6700
Facsimile: +1 650 422 6800
5
6 ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
7 MERYL W. ROPER (*pro hac vice*)
mroper@kslaw.com
8 ALLISON HILL WHITE (*pro hac vice*)
awhite@kslaw.com
9 KING & SPALDING LLP
1180 Peachtree St., NE
10 Atlanta, GA 30309
11 Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100
12
Attorneys for Defendant EQUIFAX INFORMATION
13 SERVICES LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND [PROPOSED] ORDER** |

Pursuant to a settlement of the above-captioned class action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Daniel Bruno ("Plaintiff")

JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
DEFENDANT EQUIFAX
INFORMATION SERVICES LLC
ONLY

CASE NO. 2:17-CV-00327-WBS-EFB

and Defendant Equifax Information Services LLC ("Equifax") that all claims for relief in the above-captioned action, as they pertain to Equifax only, be dismissed with prejudice. This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Equifax. Plaintiff and Equifax shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

DATED: June 24, 2019

By: */s/ Zachary A. McEntyre*
ZACHARY A. MCENTYRE (*pro hac vice*)
KING & SPALDING LLP
1180 Peachtree St., NE
Atlanta, GA 30309
Telephone: +1 404 572 4600
Facsimile: +1 404 572 5100
Email: zmcentyre@kslaw.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC

*/s/ Joseph Messer (w/ express permission)*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (direct)
(312) 334-3473 (fax)
jmesser@messerstrickler.com

Attorney for Plaintiff DANIEL BRUNO

**IT IS SO ORDERED.**

Dated: June 24, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE