1  Joseph S. Messer (IL State Bar No. 6200036)
   jmesser@messerstrickler.com
2  MESSER STRICKLER, LTD.
3  225 W. Washington, Suite 575
   Chicago, IL 60606
4  (312) 334-3440 (Phone)
   (312) 334-3473 (Fax)
5  *Pro Hac Vice*

6  James Louis Kohl (State Bar No. 120808)
7  jamesk.legal@gmail.com
   795 Folsom Street, First Floor
8  San Francisco, California 94107
   (415) 848-2450 (Phone)
9  (415) 848 2301 (Fax)

10 Attorneys for Plaintiffs DANIEL BRUNO,
   individually and on behalf of others similarly
11 situated

12
                    UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA

14
| DANIEL BRUNO, Individually and on behalf of others similarly situated, | Case No. 2:17-cv-00327-WBS-EFB |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GENEVA MOTORS INC AND KAMIES ELHOUTY AND [~~PROPOSED~~] ORDER** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC., | |
| Defendants. | |

Pursuant to a settlement of the above-captioned class action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Daniel Bruno ("Plaintiff") and Defendants Geneva Motors Inc. ("Geneva Motors") and Kamies Elhouty ("Mr. Elhouty") that all claims for relief in the above-captioned action, as they pertain to Geneva Motors and Mr.

Elhouty only, be dismissed without prejudice. This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Geneva Motors and Mr. Elhouty. Plaintiff and Geneva Motors and Mr. Elhouty shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

DATED: June 25, 2019

By: */s/ Joseph Messer*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (Phone)
(312) 334-3473 (Fax)
jmesser@messerstrickler.com

Attorneys for Plaintiffs DANIEL BRUNO, Individually and behalf of all others similarly situated

*/s/ Craig R. Smith*
Craig R. Smith (pro hac vice)
Smith Law Firm, APC
21550 Oxnard Street, Suite 760
Woodland Hills, CA 91367
(818) 703-6057 (Phone)
(818) 703-6058 (Fax)
csmith@smithlf.com

Attorney for Defendants Geneva Motors Inc. & Kamies Elhouty

**IT IS SO ORDERED.**

Dated: July 11, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE