Joseph S. Messer (IL State Bar No. 6200036)
jmesser@messerstrickler.com
MESSER STRICKLER, LTD.
225 W. Washington, Suite 575
Chicago, IL 60606
(312) 334-3440 (Phone)
(312) 334-3473 (Fax)
*Pro Hac Vice*

James Louis Kohl (State Bar No. 120808)
jamesk.legal@gmail.com
795 Folsom Street, First Floor
San Francisco, California 94107
(415) 848-2450 (Phone)
(415) 848 2301 (Fax)

Attorneys for Plaintiffs DANIEL BRUNO, individually and on behalf of others similarly situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS GENEVA FINANCIAL SERVICES, INC., AND MARK HASSAN AND [PROPOSED] ORDER** |

Pursuant to a settlement of the above-captioned class action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Daniel Bruno ("Plaintiff") and Defendants Geneva Financial Services, Inc., ("Geneva Financial") and Mark Hassan ("Mr.

---

JOINT STIPULATION OF DISMISSAL
WITHOUT PREJUDICE AS TO
DEFENDANTS GENEVA
FINANCIAL SERVICES, INC., &
MARK HASSAN ONLY

CASE NO. 2:17-CV-00327-WBS-EFB

Hassan") that all claims for relief in the above-captioned action, as they pertain to Geneva Financial and Mr. Hassan only, be dismissed without prejudice. This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Geneva Financial and Mr. Hassan. Plaintiff and Geneva Financial and Mr. Hassan shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

DATED: August 7, 2019

By:    */s/ Joseph Messer*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (Phone)
(312) 334-3473 (Fax)
jmesser@messerstrickler.com

Attorneys for Plaintiffs DANIEL BRUNO, Individually and behalf of all others similarly situated

*/s/ Neil C. Evans*
Law Office of Neil C. Evans
13351 D Riverside Drive
Suite 612
Sherman Oaks, CA 91423
818-802-8333
213-406-1231 (fax)
evanstnt@aol.com

Attorney for Defendants Geneva Financial Services, Inc., & Mark Hassan

**IT IS SO ORDERED.**

Dated: August 7, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE