Joseph S. Messer (IL: 6200036)
Messer Strickler, Ltd.
225 W. Washington, Suite 575
Chicago, IL 60606
312-334-3440 (Phone)
312-334-3473 (Fax)
jmesser@messerstrickler.com
*Pro Hac Vice*

James Louis Kohl (SBN: 120808)
795 Folsom Street, First Floor
San Francisco, California 94107
(415)848-2450 (Phone)
(415)848 2301 (Fax)
jamesk.legal@gmail.com

Attorneys for Plaintiff
DANIEL BRUNO, individually and on behalf
of others similarly situated

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC et al.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**EX PARTE EXTENSION OF TIME TO FILE PRE-TRIAL STATEMENT** |

## **ORDER**

Having reviewed the Plaintiff's ex parte request to extend time to file its pretrial statement, the Court determines that good cause exists for the modifications to the scheduling order proposed therein. Accordingly, it is hereby **ORDERED:**

1. Plaintiff's extension for twelve (12) days to file its pretrial statement is hereby granted to August 19, 2019, to allow Plaintiff to located Defendant John McGinley and file its joint stipulations to dismiss Defendant John McGinley from this matter.

2. The Pretrial Conference is continued from August 19, 2019 to **September 3, 2019 at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: August 7, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE