1  Joseph S. Messer (IL State Bar No. 6200036)
   jmesser@messerstrickler.com
2  MESSER STRICKLER, LTD.
3  225 W. Washington, Suite 575
   Chicago, IL 60606
4  (312) 334-3440 (Phone)
   (312) 334-3473 (Fax)
5  *Pro Hac Vice*

6  James Louis Kohl (State Bar No. 120808)
   jamesk.legal@gmail.com
7  795 Folsom Street, First Floor
8  San Francisco, California 94107
   (415) 848-2450 (Phone)
9  (415) 848 2301 (Fax)

10 Attorneys for Plaintiffs DANIEL BRUNO,
   individually and on behalf of others similarly
11 situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN MCGINLEY AND [PROPOSED] ORDER** |

Pursuant to a settlement of the above-captioned class action and Federal Rule of Civil Procedure 41(a)(1)(A), it is hereby stipulated by and between Plaintiff Daniel Bruno ("Plaintiff") and Defendant John McGinley ("Mr. McGinley") and that all claims for relief in the above-

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN MCGINLEY    CASE NO. 2:17-CV-00327-WBS-EFB

captioned action, as they pertain to Mr. McGinley only, be dismissed without prejudice. This Stipulation of Dismissal shall not affect Plaintiff's claims against any party other than Mr. McGinley. Plaintiff and Mr. McGinley shall bear their own costs, including attorneys' fees, with respect to the claims dismissed hereby.

**DATED**: August 13, 2019

By: */s/ Joseph Messer*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (Phone)
(312) 334-3473 (Fax)
jmesser@messerstrickler.com

Attorneys for Plaintiffs DANIEL BRUNO, Individually and behalf of all others similarly situated

*/s/ John McGinley*
3121 Devonshire Dr. Plano, TX 75075
(214) 931 3773 (Phone)
jmcginley240@gmail.com

Defendant John McGinley

**IT IS SO ORDERED.**

Dated: August 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE