Joseph S. Messer (IL State Bar No. 6200036)
jmesser@messerstrickler.com
MESSER STRICKLER, LTD.
225 W. Washington, Suite 575
Chicago, IL 60606
(312) 334-3440 (Phone)
(312) 334-3473 (Fax)
*Pro Hac Vice*

James Louis Kohl (State Bar No. 120808)
jamesk.legal@gmail.com
795 Folsom Street, First Floor
San Francisco, California 94107
(415) 848-2450 (Phone)
(415) 848 2301 (Fax)

Attorneys for Plaintiffs DANIEL BRUNO, individually and on behalf of others similarly situated

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL BRUNO, Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES, ROBERT MCGINLEY, KAMIES ELHOUTY, JOHN MCGINLEY, ANDY MITCHELL, and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.,<br><br>Defendants. | Case No. 2:17-cv-00327-WBS-EFB<br><br>**VOLUNTARY REQUEST FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS ANDY MITCHELL AND REBS SUPPLY INC., AND [~~PROPOSED~~] ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Daniel Bruno ("Plaintiff") requests this honorable Court to enter an order for voluntary dismissal of Defendants Andy Mitchell ("Mr. Mitchell") and REBS Supply Inc., ("REBS"), and that all

DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS ANDY
MITCHELL AND REBS SUPPLY INC.

CASE NO. 2:17-cv-00327-WBS-EFB

claims for relief in the above-captioned action, as they pertain to Mr. Mitchell and REBS, be dismissed without prejudice. Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits this Court to grant Plaintiff's dismissal request as, to date Mr. Mitchell and REBS have not filed an answer nor sought summary judgment. Plaintiff shall bear his own costs, including attorneys' fees, with respect to the claims dismissed hereby. Upon entry of this dismissal, Plaintiff's claims as against all Defendants for this matter will conclude.

**DATED**: August 19, 2019

By: */s/ Joseph Messer*
Joseph Messer (pro hac vice)
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60602
(312) 334-3442 (Phone)
(312) 334-3473 (Fax)
jmesser@messerstrickler.com

Attorney for Plaintiffs DANIEL BRUNO, Individually and behalf of all others similarly situated

**IT IS SO ORDERED.**

Dated: August 19, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE