UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DANIEL BRUNO, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; GENEVA FINANCIAL SERVICES, INC.; MARK HASSAN; GENEVA MOTORS, INC. d/b/a GENEVA FINANCIAL SERVICES; ROBERT MCGINLEY; KAMIES ELHOUTY; JOHN MCGINLEY; ANDY MITCHELL; and REBS SUPPLY, INC. d/b/a REBS MARKETING, INC.;<br><br>Defendants. | No. 2:17-cv-00327 WBS EFB<br><br>ORDER RE: MOTION FOR ORDER RE-OPENING CASE FOR PURPOSE OF GRANTING PLAINTIFF'S REQUEST TO SEAL DOCUMENTS |

----oo0oo----

On March 10, 2020, plaintiff filed a Motion for Order Re-opening Case for Purpose of Granting Plaintiff's Request to Seal Documents. (Docket No. 327.) The documents at issue here were filed in connection with plaintiff's motion for class certification but were subject to a protective order and

1

designated as "attorney's eyes only" in a related case in the U.S. District Court of the Western District of Texas, Bruno v. Equifax Information Services, 1:18-cv-00774-LY. Plaintiff requests that this case be reopened and one exhibit be sealed and two lines of his brief in support of his motion for class certification be redacted. (Docket Nos. 292-60 and 291). Plaintiff represents that the exhibit was inadvertently attached to the class certification motion, and the information which he now seeks to redact was inadvertently included in his memorandum in support of his class certification motion.

Pursuant to Local Rule 141(a), "[d]ocuments may be sealed only by written order of the Court, upon the showing required by applicable law." E.D. Cal. L.R. 141(a). Given that the document and information plaintiffs seeks to be sealed or redacted were inadvertently disclosed by plaintiff, and appear to be subject to a protective order in a related case, the court concludes that plaintiff has presented "good cause" to rebut the presumption in favor of public access. See Kamakana v. City & County of Honolulu, 447 F.3d 1172, 1189 (9th Cir. 2006).

IT IS THEREFORE ORDERED that plaintiff's Motion to seal Exhibit HHH (Docket No. 292-60) and redact lines 12-13 of page 21 of plaintiff's memorandum in support of class certification (Docket No. 291) be, and the same hereby is, GRANTED. There is no need to formally "reopen" this case in order to grant such request.

Dated: March 20, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE